## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Adam Kalil, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:09-cv-10981-NMG |
| v. | : |
| LVNV Funding, LLC, | : |
| | : |
| Defendant. | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) within 30 days.

Dated: October 9, 2009

                                              Respectfully submitted,

                                              PLAINTIFF, Adam Kalil

                                              By: /s/ Sergei Lemberg
                                              Sergei Lemberg
                                              B.B.O. No. 650671
                                              Lemberg & Associates L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (877) 795-3666
                                              Attorneys for Plaintiff